SEALED

AO 91 (Rev. 11/11) Criminal Complaint

## UNITED STATES DISTRICT COURT

**FILED**

for the

Northern District of Texas

**June 2, 2020**

KAREN MITCHELL
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| JaCorey Nathaniel Anderson | ) Case No. 3:20-MJ-542-BT |
| | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____April 24 to May 30, 2020,_____ in the county of _____Dallas_____ in the _____Northern_____ District of _____Texas_____, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §§ 1594, 1591(a) & (b)(2) | Attempted Child Sex Trafficking |

This criminal complaint is based on these facts:

See attached affidavit of HSI Special Agent James Cutbirth.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

JAMES CUTBIRTH, HSI Special Agent
*Printed name and title*

Agent sworn and signature confirmed before me via reliable electronic means pursuant to Fed. R. Crim. P. 4.1.

Date: _____June 2, 2020_____

_____
*Judge's signature*

City and state: _____Dallas, Texas_____

REBECCA RUTHERFORD, U.S. MAGISTRATE JUDGE
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF**
**APPLICATION FOR CRIMINAL COMPLAINT**

I, James Cutbirth, a Special Agent with U.S. Immigration and Customs

Enforcement (ICE), Homeland Security Investigations (HSI), being first duly sworn, state

as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      I am a Special Agent with the Department of Homeland Security, ICE/HSI,

in Dallas, Texas assigned to the North Texas Trafficking Task Force (NTTTF).  I have

been a criminal investigator for approximately 4 years.  I have received training from the

Federal Law Enforcement Training Center (FLETC) and have been the lead investigator

for various investigations across multiple disciplines. As a law enforcement officer, I

have used a variety of methods to investigate criminal activity including, but not limited

to, visual surveillance, witness interviews, the use of search warrants and confidential

informants.  I have been the Affiant for and have participated in the execution of

numerous search warrants and arrest warrants.

2.      In preparation for this affidavit, I have discussed the facts of this case with

other law enforcement agents/officers within HSI and the NTTTF. The information

contained in this affidavit is based on my personal knowledge, information I received

from other law enforcement agents assisting in this investigation, and what I have learned

from the other sources specifically discussed herein.  Because this affidavit is being

submitted for the limited purpose of securing a criminal complaint, I have not included every fact known to me concerning this investigation.

3.      This affidavit sets forth facts and suggests reasonable inferences from those facts, establishing that there is probable cause to believe that between April 24, 2020, and May 30, 2020 in the Dallas Division of the Northern District of Texas and elsewhere, **JaCorey Nathaniel ANDERSON** committed the offense of Attempted Child Sex Trafficking in violation of 18 U.S.C. §§ 1594(a), 1591(a) & (b)(2).

## PROBABLE CAUSE

4.      HSI Special Agents currently assigned to the NTTTF initiated a proactive operation targeting human traffickers who exploit social media websites to recruit juvenile victims to engage in commercial sex acts.

5.       Between April 24, 2020, and May 30, 2020, **ANDERSON** engaged with HSI undercover agents (UCAs) representing themselves as a juvenile female. **ANDERSON** communicated with the UCAs utilizing cellular telephone number 832-561-2574[1] and via social media "Website A"[2] utilizing username "**slandokareem**."

## POSITIVE IDENTIFICATION OF ANDERSON

6.      **ANDERSON** utilized username "**slandokareem**" on Website A to communicate with the UCA.  The account page associated with the username

---

[1] Queries within electronic databases reveal that the number 832-561-2574 is linked to **ANDERSON**.

[2] I know the name of the social media platform Website A, but in the interest of protecting ongoing investigations involving this website I do not list it here.

**Affidavit in Support of**
**Application for Criminal Complaint—Page 2**

"**slandokareem**" contained multiple photographs depicting **ANDERSON**.  HSI Special

Agents compared photographs from Website A with those drawn from Department of

Motor Vehicles databases and confirmed a positive match.



## COMMUNICATIONS BETWEEN ANDERSON AND UCAs

7.      Communications between **ANDERSON** and UCAs have been summarized and organized below for clarity.  All definitions and interpretations are based on my training and experience as a law enforcement agent.

8.      On April 24, 2020, **ANDERSON** initiated communications with the UCA. The following is a summary of the communications conducted via a messaging application within Website A and does not include every word exchanged.

| Participant Name | Date | Message |
|---|---|---|
| **slandokareem** | 4/24/2020 | What city you in |
| **slandokareem** | 4/24/2020 | I kno you not spoken for but you look pretty and with a simple conversation we can get acquainted with each other |
| **slandokareem** | 4/24/2020 | I'm not fenna sell you a dream and bullshit stories but I wanna see your worth |
| **UCA** | 4/24/2020 | I thought u was a rapper from ur page |
| **slandokareem** | 4/24/2020 | Well I'm more than that just like I believe some hoes[3] are more than hoes |

**ANDERSON** initiated communications with the UCA.  **ANDERSON** told the UCA he knew the UCA was "*not spoken for*," meaning under the control of another trafficker. The UCA sought to confirm **ANDERSON's** status as a human trafficker, telling

---

[3] "Hoe" is a common term within the human trafficking subculture used to refer to women who engage in the sale of commercial sex.

**Affidavit in Support of**
**Application for Criminal Complaint—Page 4**

**ANDERSON** "*I thought u was a rapper from ur page.*"  **ANDERSON** told the UCA he was more than a rapper, just as "*some hoes are more than hoes*."

9.     On April 24, 2020, **ANDERSON** continued to communicate with the UCA. The following is a summary of the communications and does not include everything said during the exchange.

| Participant Name | Date | Message |
|---|---|---|
| **Slandokareem** | 4/24/2020 | Send me your number so we can get connected |
| **UCA** | 4/24/2020 | 214-833-9356 |
| **Slandokareem** | 4/24/2020 | I texted you |

In this exchange, **ANDERSON** requested the UCA's telephone number.  The UCA provided **ANDERSON** with an HSI recorded telephone number.  **ANDERSON** told the UCA he sent a text message to the HSI recorded telephone number.

## TEXT MESSAGES EXCHANGED OVER CELLULAR NETWORK

10.     On April 24, 2020, **ANDERSON** initiated communications with the UCA via text messages from cellular telephone number 832-561-2574.  The text messages exchanged were sent by **ANDERSON** to an HSI recorded telephone number. The following is a summary of the communications and does not include everything said during the exchange.

Affidavit in Support of
Application for Criminal Complaint—Page 5

| Participant Name | Date | Message |
|---|---|---|
| **ANDERSON** | 4/24/2020 | KyReem ♕ |
| **ANDERSON** | 4/24/2020 | Slando Kareem |
| **ANDERSON** | 4/24/2020 | Send me some better pictures to see how you look like |

In this exchange, **ANDERSON** text messaged the UCA and used the "crown" emoji. This is a common symbol within the human trafficking subculture used to symbolize a pimp or trafficker.  **ANDERSON** positively identified himself by referencing the username featured on his profile on Website A.  **ANDERSON** also requested pictures of the UCA.

### CONTINUED COMMUNICATIONS BETWEEN ANDERSON AND UCAs

11.     On April 26 and 27, 2020, **ANDERSON** communicated with the UCA. The following is a summary of the communications conducted via a messaging application within Website A and does not include every word exchanged.

| Participant Name | Date | Message |
|---|---|---|
| **slandokareem** | 4/26/2020 | Just tryna check on your status |
| **slandokareem** | 4/27/2020 | ….and I'm waiting you |
| **UCA** | 4/27/2020 | Wut u waiting on |
| **slandokareem** | 4/27/2020 | You suppose to be getting yourself together and back at it |

| UCA | 4/27/2020 | I don't kno wtf[4] u sayin rn[5] |
| slandokareem | 4/27/2020 | Why you not getting no money right now |
| slandokareem | 4/27/2020 | I don't talk reckless through on the internet so I watch what I say |

In this exchange, **ANDERSON** told the UCA he had been "*waiting*" on him/her.  The UCA asked for clarification, and **ANDERSON** told the UCA he/she should be getting "*back at it*."  Based on my training and experience, **ANDERSON** was using coded language to ask when the UCA was going to be selling commercial sex.  The UCA again asked **ANDERSON** for clarification.  **ANDERSON** asked the UCA why he/she was not "getting no money right now.  Based on my training and experience, **ANDERSON** was using coded language to ask why the UCA was not currently earning commercial sex proceeds.  **ANDERSON** informed the UCA that he is careful about the way he communicates "*on the internet.*"

12.    On April 28, 2020, **ANDERSON** continued to communicate with the UCA. The following is a summary of the communications and does not include everything said during the exchange.

| Participant Name | Date | Message |
|---|---|---|
| slandokareem | 4/28/2020 | When a hoe give me that |

---

[4] "WTF" is an abbreviation for "What the fuck?"

[5] "RN" is an abbreviation for "right now."

| | | |
|---|---|---|
| | | 🤲 💰<br>money and loyalty she can't go wrong |
| **slandokareem** | 4/28/2020 | I'm not a 16[6] I'm a god ima real daddy[7] not a Bullshit pimp it's a difference and It's not about having a plan I am the plan I am your way to new change in your life. Not beating ya ass taking ya money and not investing you fixing your life piece by piece step by step. I tell every bitch that ever choose up[8] with me that if I'm not changing your life then you can blow on me n leave |
| **UCA** | 4/28/2020 | That sounds bad ass |
| **slandokareem** | 4/28/2020 | Fuck the sound it's reality |
| **slandokareem** | 4/28/2020 | So you let me know when you got the fee[9] and ready to be one |

---

[6] "16" is a common term within the human trafficking subculture used to refer to a pimp. The "16" refers to the sixteenth letter of the alphabet "P."

[7] "Daddy" is a common term within the human trafficking subculture used to refer to a pimp or trafficker.

[8] "Choose up" is a common term within the human trafficking subculture used to refer to when a female human trafficking victim "chooses up" to a new trafficker or pimp.

[9] "Fee" is a common term within the human trafficking subculture used to refer to a "choosing fee." This fee is paid by human trafficking victims to their trafficker or pimp to join their human trafficking organization.

**Affidavit in Support of**
**Application for Criminal Complaint—Page 8**

In this exchange, **ANDERSON** told the UCA that when a "hoe" gives her "money" to him, she "*can't go wrong.*"  **ANDERSON** drew a contrast between himself and a "*bullshit pimp.*"  **ANDERSON** told the UCA he was a "*real daddy*" and a "*god.*" **ANDERSON** told the UCA he tells "*every bitch that every choose up with me that if I'm not changing your life then you can blow on me and leave.*"  **ANDERSON** told the UCA to let him know when he/she had the entrance fee to join his human trafficking organization (HTO).

13.     On May 8, 2020, **ANDERSON** continued to communicate with the UCA. The following is a summary of the communications and does not include everything said during the exchange.

| Participant Name | Date | Message |
|---|---|---|
| **slandokareem** | 5/8/2020 | How old r u? |
| **UCA** | 5/8/2020 | 16 almost 17 |
| **slandokareem** | 5/8/2020 | No you not |
| **UCA** | 5/8/2020 | I never lie about my age |
| **slandokareem** | 5/8/2020 | Send me some pictures I gotta see this |
| **slandokareem** | 5/8/2020 | You good I got you |
| **slandokareem** | 5/8/2020 | So you be walking the blade[10]? |
| **UCA** | 5/8/2020 | Wuts ur fee |

---

[10] "Blade" is a common term within the human trafficking subculture used to refer to an area where women walk to display themselves while selling commercial sex.  This is commonly along a road.

**Affidavit in Support of**
**Application for Criminal Complaint—Page 9**

| Slandokareem | 5/8/2020 | 5 |
|---|---|---|

In this exchange, **ANDERSON** directly asked the UCA his/her age.  The UCA told **ANDERSON** he/she was sixteen years old.  **ANDERSON** asked for pictures of the UCA.  **ANDERSON** signaled his understanding of the UCA's age and confirmed he wanted the UCA to join his HTO when he said, "*you good I got you.*"  **ANDERSON** asked the UCA if he/she previously sold commercial sex on "*the blade.*"  The UCA asked **ANDERSON** what fee he required to join his HTO.  **ANDERSON** told the UCA five thousand dollars.

14.     On May 11, 2020, **ANDERSON** continued to communicate with the UCA. The following is a summary of the communications and does not include everything said during the exchange.

| Participant Name | Date | Message |
|---|---|---|
| slandokareem | 5/11/2020 | When you turn 17 |
| UCA | 5/11/2020 | August 30 |
| slandokareem | 5/11/2020 | Lol damn ok that's close |
| slandokareem | 5/11/2020 | You got your social and birth certificate so you can get your id? |
| UCA | 5/11/2020 | I can't use my real ID cuz I need it to say I'm 18 |
| slandokareem | 5/11/2020 | I know what I'm doing it's gonna have your real name and real everything except the date of birth will be |

| | | different |
|---|---|---|
| **slandokareem** | 5/11/2020 | You up my instruction now I'm your daddy n nothing else get prepared for it |
| **slandokareem** | 5/11/2020 | Do we have an understanding? |
| **UCA** | 5/11/2020 | Yea |
| **slandokareem** | 5/11/2020 | The correct term is yes daddy |
| **slandokareem** | 5/11/2020 | Send me a picture of your birth certificate so I can work on the id |
| **slandokareem** | 5/11/2020 | Do you know how to dance if I was to put you in a strip club? |
| **UCA** | 5/11/2020 | I ain't never danced in a club b4 I was afraid they would check my ID and I would get in trouble |

Three times during the above conversation, the UCA confirmed his/her status as a

juvenile.  **ANDERSON** directly asked when the UCA turned seventeen and the UCA

confirmed it was three months away.  When **ANDERSON** asked for genuine

identification documents to aid him in acquiring a false identification document for the

UCA, the UCA clarified with **ANDERSON** that he/she could not use a legitimate

identification document because the UCA was a juvenile.  When **ANDERSON** asked if

the UCA previously stripped in a club the UCA reminded **ANDERSON** he/she was not

old enough to get into a strip club. **ANDERSON** demonstrated the UCA was under his

authority when he as the UCA if they had "*an understanding*."  **ANDERSON** then

chastised the UCA for answering him "*yea*" and told him/her the correct way to address

him is "*daddy*."

15.    On May 11 and 12th, 2020, **ANDERSON** continued to communicate with

the UCA. The following is a summary of the communications and does not include

everything said during the exchange.

| Participant Name | Date | Message |
|------------------|------|---------|
| **UCA** | 5/11/2020 | U going to post the ads? |
| **slandokareem** | 5/11/2020 | Yea of course… |
| **slandokareem** | 5/11/2020 | Send me the pictures n shit |
| **slandokareem** | 5/11/2020 | I need a phone number and some more shit from you |
| **slandokareem** | 5/11/2020 | Text me the shit then instead of here |
| **UCA** | 5/12/2020 | 2149494483 |

In this exchange, the UCA asked **ANDERSON** if he was going to post the commercial

sex advertisements online and **ANDERSON** affirmed he would.  **ANDERSON**

instructed the UCA to send him pictures to use in the commercial sex advertisements.

**ANDERSON** told the UCA he needed his/her cellular telephone number.  **ANDERSON**

told the UCA to text message him rather than continue communicating via Website A.

The UCA gave **ANDERSON** an HSI recorded telephone number.

16.    On May 12, 2020, **ANDERSON** continued communicating with the UCA

via text message from cellular telephone number 832-561-2574.  The text messages

exchanged were sent by **ANDERSON** to an HSI recorded telephone number. The

following is a summary of the communications and does not include everything said

during the exchange.

| Participant Name | Date | Message |
|---|---|---|
| **ANDERSON** | 5/12/2020 | Gimme your full name n dob |
| **ANDERSON** | 5/12/2020 | What's the area you in? |
| **ANDERSON** | 5/12/2020 | …ima put north Dallas |
| **ANDERSON** | 5/12/2020 | Height |
| **ANDERSON** | 5/12/2020 | Weight |
| **ANDERSON** | 5/12/2020 | I just posted you |
| **UCA** | 5/12/2020 | Wut should I charge |
| **ANDERSON** | 5/12/2020 | …150 for qv[11] 220 hr 300 hr |

**ANDERSON** asked the UCA for his/her full name and date of birth.  The UCA provided

a date of birth once again confirming their age as sixteen years old.  **ANDERSON** next

asked the UCA's location, height, and weight for the commercial sex advertisement.

**ANDERSON** confirmed he successfully posted the commercial sex advertisement

online.  **ANDERSON** instructed the UCA to charge one hundred fifty dollars for a

---

[11] "QV" is the abbreviation of the term "quick visit." "Quick visit" is a common term within the human trafficking subculture to refer to a commercial sex act in which the customer only stays long enough to ejaculate and leaves immediately afterwards.

"quick visit," two hundred twenty dollars for one half hour, and three hundred dollars for a full hour.

## POSTING OF COMMERCIAL SEX ADVERTISEMENT BY ANDERSON

17.      On May 12, 2020, **ANDERSON** posted a commercial sex advertisement on www.adultsearch.com.  The advertisement described the UCA as a nineteen-year-old "*female escort*" available for "*incall*"[12] and "*outcall.*"[13]  The advertisement listed the UCA as available for "*GFE*,"[14]  "*limited GFE,*" and described the UCA as possessing a "*bald kitty.*"[15]  The advertisement described the UCA as available to "*men, women and couples.*"  The prices listed on the advertisement for "*in calls*" were two hundred fifty dollars for one hour or eight hundred dollars for "*all night.*" The prices listed on the advertisement for "*outcalls*" were three hundred dollars for one hour or one thousand dollars for "*all night.*"  The advertisement directed responses to the HSI recorded telephone number previously provided to **ANDERSON** by the UCA. Throughout the day and evening of May 12, 2020, the UCA received multiple queries via text messages from commercial sex customers.

---

[12] "Incall" is a common term within the human trafficking subculture used to describe when a commercial sex worker completes commercial sex acts within a residence or hotel room they already have reserved for the purpose. Customers come to their location to complete the commercial sex acts.

[13] "Outcall" is a common term within the human trafficking subculture used to describe when a commercial sex customer is willing to travel to a location determined by the customer to complete commercial sex acts.

[14] "GFE" is a common term within the human trafficking subculture used to refer to the "girlfriend experience." The girlfriend experience refers to a commercial sex transaction in which the commercial sex customer completes intimate sex acts including kissing, cuddling and intercourse or oral sex without a prophylactic.

[15] "Bald kitty" is a common term within the human trafficking subculture used to refer to when a female commercial sex worker has removed the pubic hair from her vagina.

**Affidavit in Support of**
**Application for Criminal Complaint—Page 14**

## CONTINUED COMMUNICATIONS BETWEEN ANDERSON AND UCAs

18.     On May 12, 2020, **ANDERSON** continued communicating with the UCA via text messages from cellular telephone number 832-561-2574.  The text messages exchanged were sent by **ANDERSON** to an HSI recorded telephone number.  The following is a summary of the communications and does not include everything said during the exchange.

| Participant Name | Date | Message |
| --- | --- | --- |
| UCA | 5/12/2020 | I got a trick[16] wanting all night for 1000 |
| ANDERSON | 5/12/2020 | I need to make sure you doing what you suppose to do and ok |
| ANDERSON | 5/12/2020 | Ok that's fine what time was he dropping you back off? Bekus if he keeps you longer than the expected time he needs to pay extra. |
| UCA | 5/12/2020 | Wut time should I tell him to bring me back |
| ANDERSON | 5/12/2020 | 11…. 10 I meant |
| ANDERSON | 5/12/2020 | Let me know everything and every step so I can tell you yes or no |
| ANDERSON | 5/12/2020 | Make Daddy proud and be safe |

 The UCA told **ANDERSON** he/she had a commercial sex customer willing to pay one thousand dollars to spend the night with him/her.  **ANDERSON** instructed the UCA to

---

[16] "Trick" is a common term within the human trafficking subculture used to refer to commercial sex customers.

tell the commercial sex customer to bring him/her back by ten o'clock the next morning and make sure the customer paid extra if he wanted more time.  **ANDERSON** instructed the UCA to let him "*know everything and every step*" so he could give permission.

19.    On May 13, 2020, **ANDERSON** continued to communicate with the UCA. The following is a summary of the communications and does not include everything said during the exchange.

| Participant Name | Date | Message |
|---|---|---|
| **Slandokareem** | 5/13/2020 | Do me a favor and unsend all those messages |
| **slandokareem** | 5/13/2020 | Now |
| **Slandokareem** | 5/13/2020 | Ok n unsend these… |

In this exchange, **ANDERSON** instructed the UCA to delete all the messages previously exchanged between them over the messaging application within Website A.

### CONTINUED COMMUNICATIONS BETWEEN ANDERSON AND UCAs

20.    On May 13, 2020, **ANDERSON** continued to communicate with the UCA. The following is a summary of the communications and does not include everything said during the exchange.

| Participant Name | Date | Message |
|---|---|---|
| **UCA** | 5/13/2020 | That trick last night only gave me 900 since he sent a uber 2 take me home |
| **ANDERSON** | 5/13/2020 | I have no time I repeat no time for foolishness and |

| | | childish petty things. You are young so it's go be a lil different |
|---|---|---|
| **ANDERSON** | 5/13/2020 | Why you just now telling me that |
| **ANDERSON** | 5/13/2020 | I gotta make sure I'm making the right move with you taking the risk until birthday |
| **UCA** | 5/13/2020 | Wut about this 900 tho |
| **ANDERSON** | 5/13/2020 | Send it to me |
| **UCA** | 5/13/2020 | How much? |
| **ANDERSON** | 5/13/2020 | Wym[17] all of it |
| **UCA** | 5/13/2020 | So I don't get 2 keep none to spend? |
| **ANDERSON** | 5/13/2020 | No for and you only did 1 date don't insult my intelligence let's make sure you keep doing right and good by me and ima take kare of you like I said |

In this exchange, the UCA told **ANDERSON** he/she only earned nine hundred dollars in commercial sex proceeds the previous evening because the customer paid for a ride sharing service. **ANDERSON** told the UCA he had "*no time for foolishness*" but acknowledged the UCA was "*young*" so it's going to be "*a little different.*"

**ANDERSON** instructed the UCA to send the commercial sex proceeds to him. The

---

[17] "WYM" is an abbreviation of the question "what do you mean?"

UCA asked if he/she could keep some of the proceeds, and **ANDERSON** told the UCA he/she could not.

21.     On May 16, 2020, **ANDERSON** continued to communicate  with the UCA. The following is a summary of the communications and does not include everything said during the exchange.

| Participant Name | Date | Message |
|---|---|---|
| **ANDERSON** | 5/16/2020 | You haven't called me or communicated nothing I don't fuck around with shit like that and you've been having my money |

**ANDERSON** expressed frustration with the UCA for not having sent him the commercial sex proceeds earned on May 13.

22.     On May 19, 2020, **ANDERSON** continued to communicate  with the UCA. The following is a summary of the communications and does not include everything said during the exchange.

| Participant Name | Date | Message |
|---|---|---|
| **UCA** | 5/19/2020 | Yo I need ur info im goin….this morning |
| **ANDERSON** | 5/19/2020 | What all you need |
| **UCA** | 5/19/2020 | name and city and zipcode |
| **ANDERSON** | 5/19/2020 | Braxton Dean Houston Texas 77051 |
| **ANDERSON** | 5/19/2020 | How are you getting to |

**Affidavit in Support of**
**Application for Criminal Complaint—Page 18**

| UCA | 5/19/2020 | My friend givin me a ride so she let me use her ID to send |

In this exchange, the UCA told **ANDERSON** he/she needed information because he/she was ready to transfer the commercial sex proceeds.  **ANDERSON** provided the name of a female in the city of Houston, Texas as the recipient.  **ANDERSON** asked the UCA how he/she was getting to the money transfer service location.  The UCA told **ANDERSON** he/she was getting a ride from a friend who would allow the UCA use her identification document to send the proceeds.

23.     On May 19, 2020, **ANDERSON** continued to communicate  with the UCA.  The following is a summary of the communications and does not include everything said during the exchange.

| Participant Name | Date | Message |
|---|---|---|
| **ANDERSON** | 5/19/2020 | You have to SHOW ME more |
| **UCA** | 5/19/2020 | I thought I jus had to earn 1500 |
| **ANDERSON** | 5/19/2020 | Don't play with me I never said 1500 |
| **ANDERSON** | 5/19/2020 | No at least 2500 |
| **ANDERSON** | 5/19/2020 | Why the "fuck" do you insist on playing with me |
| **ANDERSON** | 5/19/2020 | It's been 4 hours since the next hour that you was suppose to send it |

In this exchange, **ANDERSON** told the UCA he/she would have to earn two thousand five hundred dollars in commercial sex proceeds and pay it to him as a fee before he

would allow the UCA to join his HTO.  **ANDERSON** expressed frustration with the UCA for delaying transfer of the nine hundred dollars in commercial sex proceeds.

24.     On May 19, 2020,  at approximately 3:01 p.m., **ANDERSON** communicated with the UCA via a telephone call on an HSI recorded telephone number. The following is a summary of the communications between **ANDERSON**, utilizing telephone number 832-561-2574, and the UCA utilizing an HSI recorded telephone number.  This does not include every word exchanged.

25.     The UCA apologized for having not yet transferred the commercial sex proceeds to **ANDERSON**.  The UCA assured **ANDERSON** he/she still had the proceeds and had not spent any.  **ANDERSON** expressed his frustration with the UCA, repeatedly calling him/her a "*bitch*."  **ANDERSON** yelled at the UCA to "*speak*" and explain to him why the proceeds had not yet been transferred to him.  **ANDERSON** told the UCA "*bitch you need to do it tomorrow.*"  **ANDERSON** told the UCA it had been a week since he/she earned the proceeds.  **ANDERSON** asked about the UCA's guardian. **ANDERSON** complained the UCA had not been selling commercial sex often enough and told the UCA to earn more proceeds.  **ANDERSON** told the UCA he/she needed to earn more proceeds for him before he/she could join his HTO.  **ANDERSON** told the UCA he/she needed to leave his/her guardian.  **ANDERSON** finished the call by telling the UCA to send the proceeds to him and "*do not insult my intelligence or play some games.*"

## TRANSFER OF COMMERCIAL SEX PROCEEDS TO ANDERSON

26.     On May 21, 2020, HSI Special Agents transferred eight hundred fifty

dollars to **ANDERSON** via the MoneyGram transfer service. The recipient of the transfer

was "*Braxton Dean in Houston, TX.*"

## CONTINUED COMMUNICATIONS BETWEEN ANDERSON AND UCAs

27.     On May 21, 2020, **ANDERSON** continued to communicate with the UCA.

The following is a summary of the communications and does not include everything said

during the exchange.

| Participant Name | Date | Message |
|:---:|:---:|:---|
| **UCA** | 5/21/2020 | K I sent 850 to Braxton Dean the number is 66334390 |

The UCA told **ANDERSON** he/she transferred eight hundred fifty dollars in commercial

proceeds to the name **ANDERSON** previously provided.  The UCA provided

**ANDERSON** with the unique reference number required to retrieve the transferred

funds.

28.     On May 21, 2020  at approximately 5:42 p.m., **ANDERSON**

communicated with the UCA via a telephone call on an HSI recorded telephone number.

The following is a summary of the communications between **ANDERSON**, utilizing

telephone number 832-561-2574 and the UCA utilizing an HSI recorded telephone

number.  This does not include every word exchanged.

**Affidavit in Support of**
**Application for Criminal Complaint—Page 21**

29.    **ANDERSON** asked the UCA why he/she took so long to call him. The UCA asked **ANDERSON** "*did you get my money?*"  **ANDERSON** corrected the UCA "*you mean my money.*"  **ANDERSON** then confirmed he received the commercial sex proceeds.

30.    On May 22, 2020, at approximately 5:41 p.m., **ANDERSON** communicated with the UCA via a telephone call on an HSI recorded telephone number. The following is a summary of the communications between **ANDERSON**, utilizing telephone number 832-561-2574, and the UCA utilizing an HSI recorded telephone number.  This does not include every word exchanged.

31.    **ANDERSON** chastised the UCA for not selling commercial sex more often.  **ANDERSON** told the UCA he had to be able to trust him/her because "*you are young, and I could get in trouble.*"  **ANDERSON** told the UCA "*your birthday is coming*" and "*it's three months until I can legally fuck with you.*"  **ANDERSON** told the UCA he would bring him/her to sell commercial sex under his direction.  **ANDERSON** told the UCA, "*You stay down.  It's not only paying or making sure you paying.  To me it's about loyalty.  It's about consistency.… I don't want to run through thirty hoes I just want a couple.  I want straight hoes…loyal.  It's cool to be on a blade but it's cool to be on a blade for advertisement.…. I don't work the blade I send you to the blade for advertisement and it works.*"  The UCA expressed fear about working on "*the blade*" and being murdered.  **ANDERSON** told the UCA, "*the only person you have to worry about murdering you is me… you heard what I said?  The only person you have to worry about*

*murdering you is me.*"  **ANDERSON** told the UCA, "*I need you to protect me at all costs... Only way you should worry is if you aren't doing what you're supposed to be doing.  Don't try no snake shit no sneaky shit never lie to me don't ever lie to me about nothing.  I hate fucking liars don't fucking lie to me about a bitch ass thing.  I am going to find out and when I find out I am not going to ask you why you lied to me.  I'm just going to go fucking crazy.*"  **ANDERSON** completed the call by telling the UCA to speak to him every other day on the phone.  The UCA told **ANDERSON**, "*I'll try.*"  **ANDERSON** corrected the UCA, telling him/her, "*I like 'Yes Daddy I will' not I'll try.*"

## CONTINUED COMMUNICATIONS BETWEEN ANDERSON AND UCAs

32.     On May 23, 2020, **ANDERSON** continued to communicate with the UCA.  The following is a summary of the communications and does not include everything said during the exchange.

| Participant Name | Date | Message |
|---|---|---|
| **ANDERSON** | 5/23/2020 | Why the fuck would you tell somebody you don't know our business??? |
| **ANDERSON** | 5/23/2020 | You a stupid ass hoe for that |
| **ANDERSON** | 5/23/2020 | PROTECT ME AT ALL COST |
| **ANDERSON** | 5/23/2020 | DATS DANGEROUS YOU DON'T KNOW IF THAT'S THE POLICE OR WHAT |
| **ANDERSON** | 5/23/2020 | I'll kill you myself if you ever do some like that again |

| ANDERSON | 5/23/2020 | DON'T EVER FORGET IT FROM THIS POINT ON EVER IN YOUR FUCKIN LIFE |
|---|---|---|
| ANDERSON | 5/23/2020 | IM NOT PLAYING |
| ANDERSON | 5/23/2020 | …delete all these fukkkkk messages |
| ANDERSON | 5/23/2020 | Go unsend them Instagram messages and delete them |
| ANDERSON | 5/23/20 | Police are on instagram too |

In this exchange, **ANDERSON** began text messaging the UCA after the user of an account bearing the username "*Braxton Dean*"[18] contacted him/her on Website A. **ANDERSON** expressed anger that the UCA had spoken to someone else about him and warned the UCA the account could have been law enforcement. **ANDERSON** threatened to kill the UCA if he/she ever committed a similar infraction. **ANDERSON** instructed the UCA to delete all of the messages exchanged.

33.    On May 29, 2020, **ANDERSON** continued to communicate with the UCA. The following is a summary of the communications and does not include everything said during the exchange.

| Participant Name | Date | Message |
|---|---|---|
| ANDERSON | 5/29/2020 | I need you to get down on a date or two so I can come get you |
| ANDERSON | 5/29/2020 | I don't need your sister thinking you ran away |

---

[18] "Braxton Dean" is the name the UCA was instructed to transfer eight hundred fifty dollars in commercial sex proceeds to on May 21, 2020.

**Affidavit in Support of**
**Application for Criminal Complaint—Page 24**

| | | sending police after you |
|---|---|---|
| **UCA** | 5/29/2020 | I'm not telling her the real truth about leavin wit a pimp…. |

In this exchange, **ANDERSON** told the UCA he needed her to complete additional

commercial sex acts before he came to pick him/her up on the night of May 29, 2020.

**ANDERSON** expressed concern the UCA's guardian would call the police after he/she

left.  The UCA reassured **ANDERSON**, telling him that he/she would not tell his/her

guardian the "*real truth about leavin wit a pimp.*"

34.     On May 29, 2020, **ANDERSON** continued to communicate with the UCA.

The following is a summary of the communications and does not include everything said

during the exchange.

| Participant Name | Date | Message |
|---|---|---|
| **UCA** | 5/29/2020 | K this trick want an hour so I should get some $$$ |
| **ANDERSON** | 5/29/2020 | Yea for how much |
| **UCA** | 5/29/2020 | I told him 300 but he seem stupid… |
| **ANDERSON** | 5/29/2020 | Try to talk him out of more when he get there |
| **ANDERSON** | 5/29/2020 | …daddy need it all |

The UCA sent text messages throughout the evening of May 29, 2020, to **ANDERSON**,

informing him about the commercial sex acts completed and proceeds collected.

**ANDERSON** encouraged the UCA to earn additional proceeds to turn over to him.

35.     On May 29, 2020, at approximately 6:48 p.m., **ANDERSON**
communicated with the UCA via a telephone call on an HSI recorded telephone number.
The following is a summary of the communications between **ANDERSON**, utilizing
telephone number 832-561-2574 and the UCA utilizing an HSI recorded telephone
number.  This does not include every word exchanged.

36.     **ANDERSON** asked how much the UCA had earned in commercial sex
proceeds.  **ANDERSON** asked for the UCA's address and told the UCA he was sending
a driver to pick him/her up.  **ANDERSON** told the UCA the driver would transport
him/her to him.

37.     On May 29, 2020, **ANDERSON** continued to communicate with the UCA.
The following is a summary of the communications and does not include everything said
during the exchange.

| Participant Name | Date | Message |
|---|---|---|
| UCA | 5/29/2020 | Wtf up wit this uber |
| ANDERSON | 5/29/2020 | He's my driver not a Uber |

**ANDERSON** confirmed that the person sent to pick up the UCA was someone known to
him and not an employee of a ride sharing service.

38.     On May 29, 2020, at approximately 9:14 p.m., 10:24 p.m., and 10:25 p.m.,
**ANDERSON** communicated with the UCA via three telephone calls on an HSI recorded
telephone number.  The following is a summary of the communications between

ANDERSON, utilizing telephone number 832-561-2574 and the UCA utilizing an HSI recorded telephone number.  This does not include every word exchanged.

39.     **ANDERSON** told the UCA to "*make sure you have that money for me.*" **ANDERSON** gave the UCA updates about the driver's progress and described the driver's vehicle as a Cadillac.

## ARREST OF DRIVER SENT BY ANDERSON TO TRANSPORT UCA

40.     On May 29, 2020, at approximately 10:28 p.m. the driver of the Cadillac sent to pick up the UCA and transport him/her to **ANDERSON** was placed under arrest by HSI Special Agents.

## CONTINUED COMMUNICATIONS BETWEEN ANDERSON AND UCAs

41.     On May 29, 2020, **ANDERSON** continued to communicate with the UCA. The following is a summary of the communications and does not include everything said during the exchange.

| Participant Name | Date | Message |
|---|---|---|
| **UCA** | 5/29/2020 | I ain't ridin with this guy he look like he gonna take the money from me |
| **ANDERSON** | 5/29/2020 | Wtf bitch |
| **ANDERSON** | 5/29/2020 | Do what I tell you |
| **ANDERSON** | 5/29/2020 | Got damn you fucking up my business |
| **ANDERSON** | 5/29/2020 | Bitch get yo ass in that kar |

Affidavit in Support of
Application for Criminal Complaint—Page 27

| ANDERSON | 5/29/2020 | This man on my payroll |
|---|---|---|

In this exchange, the UCA told **ANDERSON** he/she did not want to get into the vehicle

with **ANDERSON's** driver.  **ANDERSON** instructed the UCA to get in the vehicle and

confirmed the driver worked for him.

42.      On May 29, 2020, at approximately 11:55 p.m. and 11:59 p.m.,

**ANDERSON** communicated with the UCA via two telephone calls on an HSI recorded

telephone number.  The following is a summary of the communications between

**ANDERSON**, utilizing telephone number 832-561-2574 and the UCA utilizing an HSI

recorded telephone number.  This does not include every word exchanged.

43.      **ANDERSON** screamed at the UCA, "*Get in the fucking car….. Get in the*

*fucking car he is bringing you to me…. You are pissing me off…. Get in the fucking car*

*so he can bring you to me.*"  **ANDERSON** told the UCA if he/she did not get in the car

then he would not bring him/her to work for him.  The UCA agreed and told

**ANDERSON**, "*I made my money so you can do your thing.*"  **ANDERSON** called back

and told the UCA he was going to send his cousin to come get the commercial sex

proceeds.  The UCA told **ANDERSON** no.  **ANDERSON** threatened the UCA "*he is*

*going to come knock on your fucking door….. you need to think about what you are*

*saying.*"  The UCA terminated the call with **ANDERSON**.

44.     On May 30, 2020, **ANDERSON** continued to communicate with the UCA. The following is a summary of the communications and does not include everything said during the exchange.

| Participant Name | Date | Message |
|---|---|---|
| **ANDERSON** | 5/30/2020 | When you go be up so I kan kome gets mine |
| **UCA** | 5/30/2020 | …u can't come here |
| **ANDERSON** | 5/30/2020 | So you need to leave or go put the money somewhere so I kan get bekus you had me spend unnecessary money yesterday and you didn't follow my instructions so where you go put it |
| **UCA** | 5/30/2020 | I think u just gonna take my money tho |
| **ANDERSON** | 5/30/2020 | If you don't tighten up your go end up being a choosy Susie[19] or getting beaten up this whole time |
| **ANDERSON** | 5/30/2020 | But once *again I need to pick up mines you already violated and disrespected so you need try to smooth this out as much as possible so where you go put it so I can get it now? |
| **ANDERSON** | 5/30/2020 | The worst thing you kan do is disrespect me |
| **ANDERSON** | 5/30/2020 | I need that today |

---

[19] "Choosy Susie" is a common term within the human trafficking subculture to refer disparagingly to trafficking victims who frequently switch between traffickers.

In this exchange, **ANDERSON** asked when he could come retrieve the commercial sex proceeds from the UCA.  The UCA told **ANDERSON** he could not come.  **ANDERSON** told the UCA that he/she need to put the commercial sex proceeds somewhere he could retrieve them. **ANDERSON** told the UCA he/she was going to end up "*getting beaten up this whole time.*" **ANDERSON** told the UCA he/she had disrespected him, and he needed the commercial sex proceeds that day.

45.     On May 30, 2020, **ANDERSON** continued to communicate with the UCA. The following is a summary of the communications and does not include everything said during the exchange.

| Participant Name | Date | Message |
|---|---|---|
| UCA | 5/30/2020 | I can't do this today |
| ANDERSON | 5/30/2020 | I'm already on the road your not making me waste money again I'm not having that |
| UCA | 5/30/2020 | Well I ain't gonna be there |
| ANDERSON | 5/30/2020 | You crossing the line….and disrespected me |
| UCA | 5/30/2020 | I aint disrespecting you I can do it Tuesday when I get back |
| ANDERSON | 5/30/2020 | Kall my phone |
| UCA | 5/30/2020 | I cant rite now u just gonna yell at me anyway |
| ANDERSON | 5/30/2020 | I got your address tho….I show you better than I kan tell you |

| UCA | 5/30/2020 | U can't just come there….u just bullshittin now |
| ANDERSON | 5/30/2020 | Did you forget he picked you up he seen what door you kame out of…. I said what I said and I meant what I said |

The UCA told **ANDERSON** not to come and he/she would not meet him.  **ANDERSON**
told the UCA he/she had crossed the line and disrespected him.  The UCA told
**ANDERSON** to meet on Tuesday instead.  **ANDERSON** threatened the UCA telling
him/her "*I got your address tho…I show you better than I kan tell you.*"   The UCA
expressed skepticism that **ANDERSON** would come to his/her residence.  **ANDERSON**
threatened the UCA again, reminding him/her that his driver had been to the residence
the night before and knew where the UCA lived.  **ANDERSON** warned the UCA, "*I said
what I said and I meant what I said.*"

46.     On May 30, 2020, **ANDERSON** continued to communicate with the UCA.
The following is a summary of the communications and does not include everything said
during the exchange.

| Participant Name | Date | Message |
|---|---|---|
| UCA | 5/30/2020 | Wut time? I'm going 2 try 2 get my friend to take me back |
| ANDERSON | 5/30/2020 | GPS estimated time is 4:45 |
| UCA | 5/30/2020 | K I try 2 be there |

| **ANDERSON** | 5/30/2020 | And bitch I'm going to be there play with me if you want see you in a few |
|---|---|---|

In this exchange, the UCA agreed to meet with **ANDERSON**.  **ANDERSON** updated the UCA on his travel schedule.  **ANDERSON** threatened the UCA again, telling him/her that if he/she played with him then he would "*see you in a few.*"

47.     On May 30, 2020, at approximately 4.26 p.m., 7:12 p.m., 7:45 p.m., and 7:53 p.m., **ANDERSON** communicated with the UCA via telephone calls on an HSI recorded telephone number.  The following is a summary of the communications between **ANDERSON**, utilizing telephone number 832-561-2574 and the UCA utilizing an HSI recorded telephone number.  This does not include every word exchanged.

48.     **ANDERSON** told the UCA to make sure he/she was ready.  **ANDERSON** told the UCA, "*don't play with me because I drove all the way out here for this.*" **ANDERSON** called multiple times to update the UCA on his progress towards the UCA's address.  **ANDERSON** called to tell the UCA he had arrived and was parked in front of the address.

## ARREST OF ANDERSON

49.     On May 30, 2020, at approximately 7:50 p.m., HSI Special Agents observed a dark colored sedan driven by **ANDERSON** arriving at the address previously provided by the UCA. HSI Special Agents maintained surveillance on the vehicle as a black male, later identified as Alex WEST exited the vehicle and entered the rear passenger seat.  **ANDERSON** proceeded to drive slowly into an apartment complex.

HSI Special Agents and Officers from the Lewisville Police Department followed **ANDERSON** into the apartment complex.  The vehicle was stopped, and **ANDERSON** was placed under arrest.

## <u>INTERVIEW OF ANDERSON</u>

50.     On May 30, 2020, at approximately 9:05 p.m., **ANDERSON** waived his Miranda rights and agreed to make a statement to two HSI Special Agents.

**ANDERSON** stated that the purpose of his trip on May 30, 2020, was to pick up a female he previously met on Website A and transport her back to Austin, Texas.

**ANDERSON** stated that he knew the female was engaged in the sale of commercial sex and he had previously posted commercial sex advertisements for her.  **ANDERSON** stated that he received a payment of eight hundred dollars from the female for posting the commercial sex advertisements.  **ANDERSON** stated that he picked up the money from a Walmart in Houston with his girlfriend "*Braxton*."

## <u>CONCLUSION</u>

20.     Based on the foregoing facts and circumstances, I respectfully submit that there is probable cause to believe that between April 24, 2020, and May 30, 2020, in the Dallas Division of the Northern District of Texas and elsewhere, **JaCorey Nathaniel ANDERSON** committed the offense of Attempted Child Sex Trafficking in violation of 18 U.S.C. §§ 1594(a), 1591(a) & (b)(2).

Respectfully submitted,

_____
JAMES CUTBIRTH
Special Agent
Homeland Security Investigations

Signature confirmed via reliable electronic means on June 2, 2020, pursuant to Fed. R. Crim. P. 4.1.

_____
UNITED STATES MAGISTRATE JUDGE
REBECCA RUTHERFORD